UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 19-01203JVS(DFMx) | Date August 19, 2019 |
| Title Will Kaupelis, et al v Harbor Freight Tools, USA, Inc | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joel Smith | Daniel Herling |

**Proceedings:** Scheduling Conference

Cause called and counsel make their appearances. The Court and counsel confer. The Court sets the case management dates with the agreement of counsel as follows:

> **Jury Trial**             **November 10, 2020 at 8:30 a.m.**
>   File Findings of Fact and Conclusions of Law by November 2, 2020
> **Final PreTrial Conference**     **October 26, 2020 at 11:00 a.m.**
>   File PreTrial Documents not later than October 19, 2020
>   File motions in limine not later than September 28, 2020
> **Discovery Cut-off**         **July 27, 2020**
> **Expert Discovery Cut-off**     **August 10, 2020**
>   Initial disclosure of Experts not later than June 29, 2020
>   Rebuttal disclosure of Experts not later than July 20, 2020
> **Law and Motion Cut-off**      **September 21, 2020 at 1:30 p.m.**
>   Motions to be filed and served not later than August 24, 2020
>   Class Certification Motion to be filed by March 2, 2020

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation. The Court orders that any settlement discussions shall be completed not later than June 5, 2020. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**At the request of Counsel, the motion to dismiss set for September 16, 2019 is continued to September 23, 2019 at 1:30 p.m.**

cc: ADR

|  | 0 : 05 |
|---|---|
|  | Initials of Preparer  lmb |