**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
           jsmith@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL KAUPELIS and FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendant. | Case No. 8:19-CV-01203-JVS-DFM<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   n/a<br>Time:   n/a<br><br>Judge: Hon. James V. Selna |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

UPON CONSIDERATION of Plaintiffs' Application for Leave to File Documents Under Seal ("Application"), IT IS ORDERED that the Application be, and it is hereby, GRANTED.

Plaintiffs shall file under seal the following documents:

| Document | Portions to be Filed Under Seal |
|---|---|
| Plaintiffs' Motion for Class Certification | Certain confidential portions:<br>• 3:11-14;<br>• 5:15-19;<br>• 8:2-5. |
| Exhibit 25 to the Smith Declaration | Entire Document |
| Exhibit 26 to the Smith Declaration | Entire Document |
| Exhibit 27 to the Smith Declaration | Entire Document |
| Exhibit 28 to the Smith Declaration | Entire Document |
| Exhibit 29: Declaration and Expert Report of Colin B. Weir in Support of Plaintiffs' Motion for Class Certification | Entire Document |
| Exhibit 30: Declaration and Expert Report of John M. Tobias, Ph.D., PE in support of Plaintiffs' Motion for Class Certification | Entire Document |

IT IS SO ORDERED.

Dated: March 04, 2020

_____
Honorable James V. Selna
U.S. District Court Judge