Daniel J. Herling (SBN 103711)
djherling@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: 415-432-6000
Facsimile: 415-432-6001

Nicole V. Ozeran (SBN 302321)
nvozeran@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

Attorneys for Defendant,
HARBOR FREIGHT TOOLS USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WILL KAUPELIS AND FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendant. | Case No. 8:19-cv-1203-JVS-DFM<br><br>**DECLARATION OF DANIELLE CUGINI IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT NO. 63)**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 10C<br>Judge: Douglas F. McCormick<br><br>Complaint Filed: June 17, 2019<br>Trial Date: April 13, 2021 |

1
DECLARATION OF DANIELLE CUGINI IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 63)

I, Danielle Cugini, declare:

1. I am the Product Compliance Manager for Defendant Harbor Freight Tools USA, Inc. ("HFT"). I make this declaration in support of Plaintiffs' Application for Leave to File Documents Under Seal (Dkt. No. 63) ("the Application"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. HFT requests that the Court seal the materials listed in the Application and shown in the table below. I have reviewed these materials and can confirm that they contain or reflect confidential information whose disclosure would threaten HFT's competitive interests. I understand that Judge Selna has already ruled that similar materials may be filed under seal in this action. *See* Dkt. No. 53 at 3.

| **DOCUMENT** | **MATERIAL TO BE SEALED** | **BASIS FOR SEALING** | **DESIGNATING PARTY** |
|---|---|---|---|
| Exhibit D to the Leslie Declaration | Exhibit in its entirety | Non-public customer communications regarding alleged trigger issue | HFT |
| Exhibit E to the Leslie Declaration | Exhibit in its entirety | Non-public customer communications regarding alleged experiences with HFT's recall of the product at issue | HFT |

2

DECLARATION OF DANIELLE CUGINI IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 63)

| | | | |
|---|---|---|---|
| Exhibit E to the Sazer Declaration | Exhibit in its entirety | Expert report of John M. Tobias containing numerous confidential engineering and manufacturing details about the product at issue | |
| Joint Stipulation Re: Second Discovery Dispute | Lines 9:3-10:19 | Quotes from non-public customer communications regarding alleged trigger issue | HFT |
| Joint Stipulation Re: Second Discovery Dispute | Lines 12:14-20, 12:26-13:4, 13:12 | Quotes from non-public customer communications regarding alleged experiences with HFT's recall of the product at issue | HFT |

//
//
//
//

3

...

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2020 at Calabasas, California.

                                         */s/ Danielle Cugini*
                                         Danielle Cugini