Alec M. Leslie
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL KAUPELIS and FRANK ORTEGA,<br><br>                               Plaintiff(s)<br>v.<br><br>HARBOR FREIGHT TOOLS, USA, INC.,<br><br>                               Defendant(s) | CASE NUMBER<br><br>8:19-cv-01203-JVS-DFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Leslie, Alec M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(646) 837-7150          (212) 989-9163
*Telephone Number*        *Fax Number*

aleslie@bursor.com
*E-Mail Address*

of  Bursor & Fisher, P.A.
    888 Seventh Ave.
    New York, NY 10019
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Will Kaupelis and Plaintiff Frank Ortega

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Reich, Marc G.
*Designee's Name (Last Name, First Name & Middle Initial)*

159936              (949) 975-0512         (949) 975-0514
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*

mgr@reichradcliffe.com
*E-Mail Address*

of  Reich Radcliffe & Hoover, LLP
    4675 MacArthur Court, Suite 550
    Newport Beach, CA 92660
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.

                                **U.S. District Judge/U.S. Magistrate Judge**