# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV19-01203 JVS (DFMx) | Date: | August 20, 2020 |
|---|---|---|---|
| Title | Will Kaupelis, et al. v. Harbor Freight Tools USA, Inc. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | AT&T Digital Recording |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Alec Leslie<br>Joel Smith | Nicole Ozeran<br>Sam Sazer |

| Proceedings: | Plaintiff's Motion to Compel Production of Documents [65] |
|---|---|

Cause called and counsel make their appearances.  Court and counsel confer regarding outstanding discovery issues.  Court sets a further telephonic hearing for September 3, 2020, at 1:00 pm.

: 08

Initials of Clerk     nb

CV-90 (12/02)                    CIVIL MINUTES-GENERAL                    Page **1** of **1**