# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 19-01203-JVS (DFMx) | Date: | October 19, 2020 |
|---|---|---|---|
| Title | Will Kaupelis, et al. v. Harbor Freight Tools USA, Inc. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Further Order re: Plaintiffs' Motion to Compel (Dkt. 65)

The Court has reviewed Judge Selna's Order Regarding Motion for Review. See Dkt. 139. The Court now orders as follows:

1. The parties are ordered to meet-and-confer within five (5) court days of this order about whether Judge Selna's order granting class certification in part should limit the Court's order dated August 19, 2020 (Dkt. 95).

2. If following this discussion the parties do **not** agree on the proper scope of discovery, each party may file a supplemental brief of no more than 10 pages setting forth its views on the proper scope of discovery. Such briefs shall be filed by no later than October 30, 2020. If after reviewing the parties' submissions the Court determines that a hearing is necessary, it will schedule a telephonic hearing. Otherwise it will issue a further minute order.