| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626)<br>Joel D. Smith (State Bar No. 244902) |
| 3 | 1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596 |
| 4 | Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700 |
| 5 | E-Mail: ltfisher@bursor.com<br>         jsmith@bursor.com |
| 6 | *Attorneys for Plaintiffs* |
| 7 | |
| 8 | Daniel J. Herling (SBN 103711)<br>djherling@mintz.com |
| 9 | Samuel D. Sazer (SBN 313037)<br>SDSazer@mintz.com |
| 10 | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**<br>44 Montgomery Street, 36th Floor |
| 11 | San Francisco, CA 94104<br>Telephone:  415 432 6000 |
| 12 | Facsimile:   415 432 6001 |
| 13 | Nicole V. Ozeran (SBN 302321)<br>nvozeran@mintz.com |
| 14 | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C**.<br>2029 Century Park East, Suite 3100 |
| 15 | Los Angeles, CA 90067<br>Telephone:  310-586-3200 |
| 16 | Facsimile:   310-586-3202 |
| 17 | *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILL KAUPELIS and FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>                          Defendant. | Case No. 8:19-cv-01203-JVS-DFM<br><br>**JOINT MEDIATION REPORT**<br><br>Courtroom:     10C<br>Judge:            Hon. James V. Selna | |

Plaintiffs Will Kaupelis and Frank Ortega ("Plaintiffs"), and Defendant Harbor Freight Tools USA, Inc. ("HFT") (collectively, "the Parties") hereby submit this Joint Mediation Report pursuant to the Case Management Schedule (Dkt. No. 58).

The Parties have agreed to mediate with Magistrate Judge McCormick. On October 19, 2020, the Parties spoke with Judge McCormick via telephone and agreed to conduct a remote mediation via Zoom. The Parties are waiting to hear back from Judge McCormick's chambers as to his availability for mediation. The parties hereby propose that they submit a follow-up Joint Mediation Report five (5) days after their mediation is held.

Dated: November 2, 2020          **BURSOR & FISHER, P.A.**

                                 By:  /s/   Joel D. Smith
                                        Joel D. Smith

                                 L. Timothy Fisher (State Bar No. 191626)
                                 Joel D. Smith (State Bar No. 244902)
                                 1990 North California Blvd., Suite 940
                                 Walnut Creek, CA 94596
                                 Telephone: (925) 300-4455
                                 Facsimile: (925) 407-2700
                                 Email: ltfisher@bursor.com
                                        jsmith@bursor.com

                                 *Attorneys for Plaintiffs*

Dated: November 2, 2020          **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

                                 By:  /s/   Nicole V. Ozeran
                                        Daniel J. Herling
                                        Nicole V. Ozeran

                                 *Attorneys for Defendant*

## **ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Joel D. Smith*
Joel D. Smith