1
2
3
4
5
6
7
8
9

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

*Counsel for Plaintiffs*

10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| WILL KAUPELIS and FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendant. | Case No. 8:19-cv-01203-JVS-DFM<br><br>**JOINT MEDIATION REPORT**<br><br>Complaint Filed:   June 17, 2019<br>Trial Date:           July 13, 2021 |

1    On August 19, 2019, the Court ordered the parties to report on the outcome of

2  any settlement discussions completed in connection with ADR proceedings.  Dkt.

3  No. 21; *see also* Dkt. No. 151 (resetting deadline for this report).  On December 9,

4  2020, the parties attended a settlement conference before Magistrate Judge

5  McCormick via Zoom but did not reach a settlement.  No further ADR proceedings

6  are scheduled.

7  Dated:  January 7, 2021          **BURSOR & FISHER, P.A.**

8                                   By:____*/s/ Joel D. Smith*____
                                              Joel D. Smith
9

10                                 L. Timothy Fisher (State Bar No. 191626)
                                   Joel D. Smith (State Bar No. 244902)
11                                 1990 North California Blvd., Suite 940
                                   Walnut Creek, CA  94596
12                                 Telephone: (925) 300-4455
                                   Facsimile: (925) 407-2700
13                                 Email: ltfisher@bursor.com
                                           jsmith@bursor.com
14

15                                 *Counsel for Plaintiffs*

16  Dated:  January 7, 2021         **MINTZ LEVIN COHN FERRIS**
17                                  **GLOVSKY AND POPEO, P.C.**

18                                 By:_____*/s/ Adam B. Korn*_____
                                            Adam B. Korn
19

20                                 Daniel J. Herling (SBN 178011)
                                   djherling@mintz.com
21                                 Nicole V. Ozeran (SBN 302321)
                                   nvozeran@mintz.com
22                                 Adam B. Korn (SBN 331133)
                                   abkorn@mintz.com
23                                 2029 Century Park East, Suite 3100
                                   Los Angeles, California 90067
24                                 Telephone:  310-586-3200
                                   Facsimile:  310-586-3202
25

26                                 *Counsel for Defendant*

27

28