**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jsmith@bursor.com

*Counsel for Plaintiffs*

Daniel J. Herling (SBN 103711)
djherling@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:  415 432 6000
Facsimile:  415 432 6001

Nicole V. Ozeran (SBN 302321)
nvozeran@mintz.com
Adam B. Korn (SBN 331133)
abkorn@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C**.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:  310-586-3202

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL KAUPELIS and FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendant. | Case No. 8:19-cv-01203-JVS-DFM<br><br>**ORDER GRANTING STIPULATION RE: PRELIMINARY APPROVAL DEADLINE**<br><br>Courtroom:   10C<br>Judge:          Hon. James V. Selna |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

UPON CONSIDERATION of the Parties' Stipulation Re: Deadline to File Preliminary Approval, IT IS ORDERED that the Stipulation be, and it is hereby, GRANTED. Plaintiffs shall file their motion for preliminary approval on or before July 9, 2021.

IT IS SO ORDERED.

Dated: June 29, 2021

_____
Honorable James V. Selna
U.S. District Court Judge