**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (*pro hac vice*)
888 7th Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL KAUPELIS and FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>                          Defendant. | Case No. 8:19-cv-01203-JVS-DFM<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         August 9, 2021<br>Time:        1:30 p.m.<br>Courtroom: 10C<br>Judge:       Hon. James V. Selna |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 9, 2021 at 1:30 p.m., in Courtroom 10C of the above-captioned Court before the Honorable James V. Selna, Plaintiffs Will Kaupelis and Frank Ortega ("Plaintiffs") will and hereby do move for an Order Granting Preliminary Approval of Class Action Settlement, pursuant to the Settlement Agreement and exhibits thereto, filed concurrently herewith.

Specifically, Plaintiffs move for an Order: (1) granting preliminary approval of the proposed Settlement; (2) finding that a Class can be certified for settlement purposes; (3) approving the parties' proposed Notice Plan and forms of notice; (4) directing that the notice of the proposed Settlement be disseminated to the Class; (5) approving the procedures for Settlement Class Members to exclude themselves from or object to the Settlement; (6) appointing Plaintiffs as Class Representatives for the Class; (7) appointing Bursor & Fisher, P.A. as Class Counsel; (8) appointing RG/2 Claims Administration as the Settlement Administrator specified in the Settlement; and (9) setting the following schedule on further proceedings to determine whether the proposed Settlement is fair, reasonable, and adequate and whether an order awarding attorneys' fees and reimbursement of expenses and service payments should be approved, which would set dates to be calculated from the date on which the Court enters an order granting this motion, as indicated below:

| Event | Deadline |
|---|---|
| CAFA Notice pursuant to 28 U.S.C. § 1715(b) | Within 10 days of filing of motion for preliminary approval |
| Notice Date | 30 days after Preliminary Approval Granted |
| Application for service awards and Attorneys' Fees and Expenses | 45 days after Notice Date |
| Objection and Opt-Out Deadline | 60 days after Notice Date |
| Claims Deadline | 90 days after Notice Date |

| Final Approval Motion and response to any objections | 28 days before Final Approval Hearing |
|---|---|
| Deadline to submit notices of appearance at the Final Approval Hearing | 28 days before Final Approval Hearing |
| Claims Administrator submits declaration (1) stating the number of claims, requests for exclusion, and objections to date and (2) attesting that Notice was disseminated in a manner consistent with the Settlement Agreement or otherwise required by the Court. | 10 days before Final Approval Hearing |
| Final Approval Hearing | 120 days after Notice Date, or as soon thereafter as may be heard by the Court |
| Award Issuance Date | Begins 14 days after Effective Date |

This motion is made pursuant to Fed. R. Civ. P. 23 and is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Settlement Agreement and exhibits attached thereto; the supporting declarations filed concurrently herewith; and such evidence and argument as the Court may consider at any hearing on this motion.

Dated: July 9, 2021

**BURSOR & FISHER, P.A.**

By:     */s/ Joel D. Smith*
             Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
            jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (*pro hac vice*)
888 7th Avenue
New York, NY 10019

Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com

*Counsel for Plaintiffs*