**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (*pro hac vice*)
888 7th Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL KAUPELIS and FRANK ORTEGA, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>    v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>                            Defendant. | Case No. 8:19-cv-01203-JVS-DFM<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:          January 10, 2022<br>Time:         1:30 p.m.<br>Courtroom:  10C<br>Judge:       Hon. James V. Selna |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 10, 2022, at 1:30 p.m., in Courtroom 10C of the above-captioned Court before the Honorable James V. Selna, Plaintiffs Will Kaupelis and Frank Ortega ("Plaintiffs") will and hereby do move for an Order Granting Final Approval of Class Action Settlement.

Specifically, Plaintiffs move for an Order: (1) Approving the proposed Settlement as fair, reasonable, and adequate to Plaintiffs and Class Members, and directing the Settlement's consummation according to its terms; (2) Certifying the Settlement Class for settlement purposes; (3) Finding that the form and manner of class notice implemented pursuant to the Settlement: (i) constitutes reasonable and the best practicable notice; (ii) constitutes notice reasonably calculated, under the circumstances, to apprise Class Members of the pendency of the litigation, the terms of the proposed Settlement, the right to object to the proposed Settlement or exclude themselves from the Class, and the right to appear at the Final Approval Hearing; (iii) constitutes due, adequate, and sufficient notice to all persons entitled to receive notice; and (iv) meets the requirements of state and federal due process, the Federal Rules of Civil Procedure, and any other applicable state and/or federal laws; (4) Finding that all Class Members shall be bound by the Settlement as it relates to the Class in which each is a member, including the release provisions therein; (5) Directing that judgment be entered dismissing with prejudice all individual and class claims asserted in the litigation; (6) Incorporating the release and related provisions set forth in the Settlement and barring any Released Claims against the Released Parties; (7) Approving distribution of the benefits to the Class Members consistent with the Settlement; and (8) Retaining jurisdiction of all matters relating to the interpretation, administration, implementation, and enforcement of the Settlement.

At detailed in the accompanying Memorandum of Points and Authorities, final approval of the settlement and related relief requested herein is appropriate under

applicable law and is well justified under the circumstances of this matter.

This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the supporting declaration of Jessie Montague of RG/2 Claims filed concurrently herewith; and such evidence and argument as the Court may consider at any hearing on this motion.

Dated: December 13, 2021

**BURSOR & FISHER, P.A.**

By:_____*/s/ Joel D. Smith*_____
Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (*pro hac vice*)
888 7th Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com

*Counsel for Plaintiffs*